ALICE E. ROLAND BUSCH, *Appellant*, v. THE CITY TRUST COMPANY, *Appellee*.

Opinion filed April 28, 1931.

*Frederick J. Ward,* for Appellant;

*S. D. Weissbuch* and *Henry L. Everett,* for Appellee.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the decree of the court below should be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.